# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

06mj 160

CASE/CITATION NO. P0612920

_Michael Wiaand_

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____
CITY          STATE          ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 12/05/06       Store reefs for michael wiong
                     DEFENDANT'S SIGNATURE

_6 months Court probation_
YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(✓) Fine: $ __390.00__ and a penalty assessment of $ __10.00__ for a TOTAL AMOUNT OF: $ __400.00__ within __60__ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

_2 days custody with credit for 2 days served_

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

**USDC**
**CENTRAL VIOLATIONS BUREAU (SA)**
**POST OFFICE BOX 740026**
**ATLANTA, GA 30374-0026**

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: __12/5/06__      _William W Wunderlich_
                       U.S. MAGISTRATE JUDGE

Clerk's Office

EDCA-3